UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-6 SJO (MRW) | Date | February 6, 2014 |
|---|---|---|---|
| Title | Garvin Hart v. Jose Barr | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| | Veronica McKamie | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| | n/a | n/a |

**Proceedings:**   (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: DISMISSAL

This is a federal habeas action brought by an individual in immigration detention. Petitioner apparently signed his petition in December 2013 and filed it with the Court in early January 2014. (Docket # 1.) However, in response to the petition, the government explains that Petitioner was released from immigration detention on bond in late January 2014. (Docket # 7-1 at 1.) The government suggests that the habeas action is now moot and should be dismissed. In addition, it appears that Petitioner failed to update his mailing address with the Court pursuant to Local Rule following his release from custody.

Therefore, IT IS ORDERED that Petitioner shall file a statement (not to exceed 5 pages) responding to the government's filing and explaining why this action should not be dismissed as moot because Petitioner has been released from custody as requested in the petition. Petitioner will file his response by or before February 28, 2014. If Petitioner fails to respond to this Order to Show Cause, the action may be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).